## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Esther Salas |
| v. | Crim. No. 22-213 |
| SALAHUDIN MUHAMMAD | **Scheduling Order** |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Benjamin Levin, Assistant U.S. Attorney, appearing); and the Defendant being represented by Dennis Cleary, Esq.; and the parties having conferred and agreed that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph three of this Court's Standing Order for Criminal Trial Scheduling (the "Standing Order"); and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 30th day of March, 2022, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis, with production of all discovery on or before April 27, 2022.

2. The Government shall provide exculpatory evidence, within the meaning of Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, on or before April 27, 2022. Exculpatory evidence that becomes known to the Government

after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before May 11, 2022.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before May 11, 2022.

5. The following shall be the schedule for pretrial motions in this matter:

   a) Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before May 25, 2022;

   b) Responses to the pretrial motions shall be filed on or before June 15, 2022;

   c) Replies shall be filed on or before June 29, 2022;

   d) Oral argument on pretrial motions shall be held on a date to be set by the Court.

*Status conference set for May 19, 2022 @ 1:00 pm.*

6. Pursuant to paragraph 17 of the Standing Order, the Court will, in consultation with the parties, schedule a final pretrial conference following the disposition of pretrial motions. In advance of said conference, the parties shall advise the Court whether the case should be set for trial. If the parties so advise, the Court will set a schedule for trial, which pursuant to paragraph 21 of the Standing Order shall be no earlier than 45 days following the final pretrial conference unless all parties agree that a shorter period of time is reasonable in the circumstances of the case.

_____
Honorable Esther Salas
United States District Judge